UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAKEISHA M. JONES                                         PLAINTIFF

VS.                                 CAUSE NO. 4:17-cv-00160-SA-JMV

CORECIVIC OF TENNESSEE, LLC                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and General Release" executed by the parties.

SO ORDERED AND ADJUDGED, this the 25TH day of September, 2018.

_____
SHARION AYCOCK
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

s/Ron L. Woodruff                           s/Timothy M. Threadgill
RON L. WOODRUFF                          TIMOTHY M. THREADGILL
WAIDE & ASSOCIATES, P.A.                 BUTLER SNOW LLP
MS Bar No. 100391                            MS Bar No. 8886
*Attorney for Plaintiff*                              *Attorney for Defendant*